UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Eusebio Gonzalez,

              Plaintiff(s),

-v-

Commissioner of Social Security,

              Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 1 2008
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3595 (LTS)(HBP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose: _____ |
| | | ___ | Habeas Corpus |
| | | _X_ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ _____ |
| ___ | Inquest After Default/Damages Hearing | | |
| | | | All such motions: ____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              April 30, 2008

                                              LAURA TAYLOR SWAIN
                                              United States District Judge