USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

July 14, 2008

By Hand

Hon. Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room
New York, New York 10007

RECEIVED
JUL 15 2008
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

      Re: <u>Eusebio Gonzales v. Astrue</u>
          08 Civ. 3595(LTS)(HBP)

Dear Judge Pitman:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. We write respectfully to request an extension of defendant's time to answer or move with respect to the complaint.

      This Office was served with a copy of the complaint on May 20, 2008, and the answer is due on July 21, 2008. To date, however, we have not received the administrative record in this case. Without a copy of the certified administrative record, this Office cannot assess the merits of the action nor answer plaintiff's complaint. See 42 U.S.C. § 405(g). In view of the foregoing, we respectfully request that defendant's time to answer the complaint be extended sixty days, to September 19, 2008. No previous extensions have been sought in this case. This Office was not able to contact the plaintiff pro se to obtain his consent to this request.

APPLICATION GRANTED

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-15-08

Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By:        */s/ John E. Gura, Jr.*
        JOHN E. GURA, JR.
        Assistant United States Attorney
        Telephone: (212) 637-2712
        Fax: (212) 637-2750

cc:  Eusebio Gonzales
     (By Mail)

2